IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAKIM NASEER,

                Plaintiff,

v.

C.O. KILER, C.O. WATERMOLEN, C.O. POTTS,
C.O. NEMEIS, NURSE LEMENS, MR. MARTIN,
MRS. LONGSINE, MR. DEGROOT,
CCE'S OFFICE, and OFFICE OF THE SECRETARY,

                Defendants.

ORDER

14-cv-496-jdp

---

Pro se plaintiff Hakim Naseer, a prisoner currently incarcerated at the Green Bay Correctional Institution, filed this proposed civil lawsuit under 42 U.S.C. § 1983 alleging that defendant prison officials are withholding medication to treat plaintiff's allergies and failing to treat his hemorrhoids. In a January 7, 2015 order, I dismissed plaintiff's complaint because it was unclear whether plaintiff satisfied the imminent danger exception to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) and whether he properly joined his claims under Federal Rule of Civil Procedure 20. Dkt. 7. Plaintiff sought and received an extension of time until February 10, 2015, to submit a proposed amended complaint addressing the deficiencies that I explained in the January 7 order. It is now well past plaintiff's February 10 deadline, and he has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED with prejudice for plaintiff's failure to state a claim upon which relief can be granted. The clerk of court is directed to enter judgment and close this case.

Entered April 15, 2015.

> BY THE COURT:
>
> /s/
> JAMES D. PETERSON
> District Judge