IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

v.

C.O. KILER, C.O. WATERMOLEN, C.O.
POTTS, C.O. NEMEIS, NURSE LEMENS,
MR. MARTIN, MRS. LONGSINE,
MR. DEGROOT, CCE'S OFFICE, and
OFFICE OF THE SECRETARY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  14-cv-496-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case, with prejudice, for plaintiff's failure to state a claim upon which relief can be granted.

/s/

Peter Oppeneer, Clerk of Court

April 15, 2015

Date